**FILED**

**JUN 2 3 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVSBN 0722)
3  Acting Chief, Criminal Division

4  EDWARD TORPOCO (CSBN 200653)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: (415) 436-7071
7    FAX: (415) 436-7234

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDY RU ZHONG, et al.,<br><br>    Defendants. | No.: CR 05-00123 MHP<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RE-SETTING STATUS<br>HEARING AND EXCLUDING TIME<br>FROM SPEEDY TRIAL CALCULATION |

With the agreement of the parties, the Court enters this Order re-setting the next status hearing in this case from August 1, 2005 to August 22, 2005 and excluding the time period from April 4, 2005, through August 22, 2005 under the Speedy Trial Act, 18 U.S.C. § 3161. The parties agree, and the Court finds and holds, as follows:

1.   The Court has held status hearings in this case on April 6, 2005 and June 6, 2005. At each hearing, the Court made continuing findings that this case is complex within the meaning of the Speedy Trial Act, given the volume of the discovery in this case. The discovery in this case consists of roughly a dozen boxes of investigative reports, bank records, and physical evidence, as well as transcripts and line sheets for thousands of calls that were intercepted by Canadian authorities pursuant to a Canadian wiretap.

\\

STIPULATION AND ORDER
CR 05-00123 MHP

1   2.   At the April 6th appearance, defense counsel stated that they required additional
2   time to arrange for review of discovery and to consider the filing of motions. The Court
3   therefore excluded time based on complexity and the need for effective preparation of counsel
4   and set a further status hearing date of June 6, 2005.

5   3.   At the June 6th appearance, defense counsel reported progress in reviewing the
6   discovery and assessing the viability of contemplated motions. However, defense counsel
7   requested one additional continuance for this purpose. The Court again excluded time based on
8   complexity and the need for effective preparation of counsel and set a further status hearing date
9   of August 1, 2005.

10   4.   Following the most recent status hearing, Mr. Rotwein contacted the United States
11   requesting that the status hearing on August 1, 2005 be re-set to August 22, 2005, due to the
12   unavailability of Mr. Getz on August 1st. The United States does not object to this new date,
13   provided that it is acceptable to the Court.

14   5.   Undersigned defense counsel attest that the Defendants have consented to the
15   requested continuance and that they have informed their clients of the need to appear on the new
16   status hearing date of August 22, 2005, at 10:00 a.m.

17   6.   In light of the foregoing facts, the parties have stipulated and continue to stipulate
18   that the time period from April 4, 2005, through August 22, 2005 shall be excluded from the
19   Speedy Trial Act calculation and that this case is complex within the meaning of 18 U.S.C. §
20   3161(h)(8)(B)(ii). In addition, the failure to grant the requested continuance would unreasonably
21   deny the Defendant effective preparation of counsel taking into account the exercise of due
22   diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The ends of justice would be served by the Court
23   excluding the proposed time period; these ends outweigh the best interest of the public and the
24   Defendant in a speedy trial. Id. § 3161(h)(8)(A), (B)(iv).

25   \\
26   \\
27   \\

28   STIPULATION AND ORDER
CR 05-00123 MHP                                    2

1   SO STIPULATED.

2

3   DATED:__June 14, 2005_____        ____/S/ BRIAN H. GETZ_____
                                          BRIAN H. GETZ
4                                         Attorney for Defendant Sandy Ru Zhong

5

6   DATED:_ June 14, 2005_____ __        ____/S/ GEOFFREY ROTWEIN_____
                                          GEOFFREY ROTWEIN
7                                         Attorney for Defendant Eva Eng

8

9   DATED:__June 13, 2005_____        _____/S/ EDWARD TORPOCO_____
                                          EDWARD TORPOCO
10                                        Assistant United States Attorney

11       In light of the foregoing facts, and with the consent of the parties, the Court hereby orders

12  that the period from April 4, 2005 through August 22, 2005 be excluded from the Speedy Trial

13  Act calculation under 18 U.S.C. § 3161(h)(8)(A), (B)(ii) and B(iv).

14       PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16  DATED:___6/22/05___                   _____
17                                        HON. MARILYN HALL PATEL
                                          United States District Judge
18

STIPULATION AND ORDER
CR 05-00123 MHP                           3