1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4  ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

7  Telephone:  (415) 436-7004
Fax:  (415) 436-7234

8  Email: andrew.caputo@usdoj.gov

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )     No. CR 05-0123 MHP
                                       )
14          Plaintiff,                 )     STIPULATION AND [PROPOSED]
                                       )     ORDER EXCLUDING TIME FROM
15  v.                                 )     SPEEDY TRIAL ACT CALCULATION
                                       )     (18 U.S.C. § 3161(h)(7)(A))
16  SUN KEUNG LEE,                     )
                                       )
17          Defendant.                 )
    _____)

18

19          With the agreement of the parties, and with the consent of defendant Sun Keung Lee, the

20  Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act,

21  18 U.S.C. § 3161(c)(1), from July 19, 2010, to August 30, 2010.  The parties agree, and the

22  Court finds and holds, as follows:

23          1.      Defendant agreed to an exclusion of time under the Speedy Trial Act.  His

24  counsel required time to review discovery that was provided to him by the government on July

25  14.  Accordingly, failure to grant the requested continuance would have unreasonably denied

26  defendant's counsel reasonable time necessary for effective preparation, taking into account the

27  exercise of due diligence, in this case.

28          2.      Given these circumstances, the Court found that the ends of justice served by

excluding the period from July 19, 2010, to August 30, 2010, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(7)(A).

    3.    Accordingly, and with the consent of the defendant, at the hearing on July 19, 2010, the Court ordered that the period from July 19, 2010, to August 30, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    IT IS SO STIPULATED.


DATED: August 19, 2010            _____/s/_____
                                  GARRICK S. LEW
                                  Attorney for Defendant


DATED: August 19, 2010            _____/s/_____
                                  ANDREW P. CAPUTO
                                  Assistant United States Attorney


    IT IS SO ORDERED.

DATED:  __8/24/2010__             _____
                                  MARILYN H. ...
                                  United States ...

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2