1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANDREW M.. SCOBLE (CABN 124940)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7249
7      Fax: (415) 436-7234
       Email: andrew.scoble@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,         )   No. CR 05-0123 MHP
                                      )       CR 10-0186 MHP
14         Plaintiff,                 )
                                      )   STIPULATION AND [PROPOSED]
15         v.                         )   ORDER EXCLUDING TIME FROM
                                      )   SPEEDY TRIAL ACT CALCULATION
16  SUN KEUNG LEE,                    )   (18 U.S.C. § 3161(h)(7)(A))
                                      )
17         Defendant.                 )
                                      )
18

19         With the agreement of the parties, and with the consent of defendant Sun Keung Lee, the

20  Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act,

21  18 U.S.C. § 3161(c)(1), from March 14, 2011, to May 16, 2011. The parties agree, and the Court

22  finds and holds, as follows:

23         1.      Defendant agreed to an exclusion of time under the Speedy Trial Act. His counsel

24  required time to review additional discovery ( some 2400 pages of pen register data) that was

25  produced on March 14, as well as to review more thoroughly certain redacted ICE reports that

26  had been produced earlier. Accordingly, failure to grant the requested continuance would have

27  unreasonably denied defendant's counsel the reasonable time necessary for effective preparation,

28  taking into account the exercise of due diligence, in this case. Further, new government counsel

STIP.& PROPOSED ORDER
EXCLUDING TIME
[CR 05-0123-MHP/CR 10-0186 MHP]

1  has recently come into the case, and is still in the process of reviewing the files and learning the
2  case; similarly, failure to grant the requested continuance would have unreasonably denied
3  government counsel the reasonable time necessary for effective preparation, taking into account
4  the exercise of due diligence.

5      2.    Given these circumstances, the Court found that the ends of justice served by
6  excluding the period from March 14, 2011, to May 16, 2011, outweigh the best interest of the
7  public and the defendant in a speedy trial. Id. at § 3161(h)(7)(A).

8      3.    Accordingly, and with the consent of the defendant, at the hearing on March 14,
9  2011, the Court ordered that the period from March 14, 2011, to May 16, 2011, be excluded from
10  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

11  IT IS SO STIPULATED.

13  DATED: April 6, 2011

    PAUL H. NATHAN
    Attorney for Defendant

16  DATED: April 8, 2011

    ANDREW M. SCOBLE
    Assistant United States Attorney

19  IT IS SO ORDERED.

21  DATED: 4/11/2011

    IT IS SO ORDERED
    Judge Marilyn H. Patel

STIP.& PROPOSED ORDER
EXCLUDING TIME
[CR 05-0123-MHP/CR 10-0186 MHP]    2